**STATE of Missouri, Respondent,**

v.

**Billy Lee WILLIAMS, Appellant.**

**No. WD 35269.**

Missouri Court of Appeals, Western District.

Sept. 18, 1984.

Gregory P. Robinson, Sp. Asst. Public Defender, Fayette, for appellant.

John Ashcroft, Atty. Gen., Frank A. Rubin, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

Direct appeal from a jury conviction for burglary, second degree, in violation of § 569.170, RSMo 1978. Sentence was imposed pursuant to § 558.016, RSMo 1978.

The judgment is affirmed. Rule 30.25(b).